UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRED REEVES,

    Plaintiff,

                                            Case No. 5:04-cv-141

v.

                                            Hon. Wendell A. Miles

BASIL WOLEVER, et al.,

    Defendants.
_____/

JUDGMENT APPROVING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On June 23, 2005, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that Defendants' Motion for Summary Judgment (Docket No. 28) be granted, and plaintiff's action dismissed. Plaintiff Reeves filed objections to the R & R on July 13, 2005. The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, having reviewed the relevant portions of the file in this matter, and having reviewed plaintiff's objections, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R. Therefore, the court hereby approves and adopts the R & R as the decision of the court, and dismisses this action.

Dated: August 2, 2005                                                  /s/ Wendell A. Miles
                                                                   Wendell A. Miles
                                                                   Senior U.S. District Judge